# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 22-146-BLG-SPW** |
| Plaintiff, | |
| vs. | **PRELIMINARY ORDER OF FORFEITURE** |
| **JOSEPH LEE DONEY,** | |
| Defendant. | |

WHEREAS, in the indictment in the above case, the United States sought forfeiture of any property of the above-captioned person, pursuant to 18 U.S.C. § 924(d), as property used or intended to be used to facilitate the violations alleged in the indictment, or as proceeds of said violations;

And whereas, on April 20, 2023, the defendant entered pleas of guilty to counts 1 and 2 of the indictment, which charged him with prohibited person in possession of a firearm and ammunition – armed career criminal, and possession of a stolen firearm;

And whereas, the indictment contained a forfeiture allegation that stated that as a result of the offenses charged in counts 1 and 2 of the indictment, the defendant shall forfeit the following property:

1

- Ruger, Model Mark IV, .22 LR semi-automatic pistol (SN: 500051867);
- 42 rounds assorted .22 caliber ammunition;
- 59 rounds assorted .45 caliber ammunition; and
- 20 rounds assorted .40 caliber ammunition.

And whereas, by virtue of said guilty pleas, the United States is now entitled to possession of the property, pursuant to 18 U.S.C. § 924(d), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

ACCORDINGLY, IT IS ORDERED:

1. That based upon the pleas of guilty by the defendant to counts 1 and 2 of the indictment, the United States is authorized and ordered to seize the property described above. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 924(d).

2. That the aforementioned forfeited property is to be held by the United States in its secure custody and control.

3. That the United States will provide written notice to all third parties asserting a legal interest in any of the above-described personal property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such

manner as the Attorney General may direct, pursuant to 18 U.S.C. §§ 981, 2428 and 2253(a)(1), and to make its return to this Court that such action has been completed; and

4. That upon adjudication of all third-party interests, this Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this \_\_\_8th\_\_\_ day of May, 2023.

_____
SUSAN P. WATTERS
United States District Court Judge